## **EXHIBIT 1**

Employees owed minimum and/or overtime wages.

| NAME | PERIOD COVERED | | |
|---|---|---|---|
| Animas, Edilf | 03/05/11 | - | 04/09/11 |
| Arellanos, Rosa | 03/12/11 | - | 04/28/12 |
| Bonia, Elir Hernandez | 01/15/11 | - | 11/26/11 |
| Camacho, Francisco | 03/12/11 | - | 05/28/11 |
| Carrillo, Isaias Santos | 11/05/11 | - | 08/18/12 |
| Coluhua, Alvaro | 04/02/11 | - | 04/09/11 |
| Contreras, Eric | 02/26/11 | - | 04/23/11 |
| Diaz, Victor Manuel Montiel | 09/04/10 | - | 08/25/12 |
| Gomez, Manuel | 02/19/11 | - | 06/11/11 |
| Gonzales, Wilfredo | 06/09/12 | - | 08/25/12 |
| Guadencia, Leonardo | 05/07/11 | - | 08/06/11 |
| Guevara, Marcos Ortega | 08/11/12 | - | 08/25/12 |
| Hernandez, Edgar Castillo | 09/04/10 | - | 11/26/11 |
| Hipatl, Miguel | 09/04/10 | - | 02/19/11 |
| Huaracha, Antonio | 02/19/11 | - | 04/28/12 |
| King, Shawna | 02/26/11 | - | 08/25/12 |
| Lux Lux, Juan | 04/28/12 | - | 05/26/12 |
| Mares, Luis | 09/04/10 | - | 07/30/11 |
| Marrero, Luis Rivera | 01/15/11 | - | 08/25/12 |
| Martinez, Erasmo Roa | 09/04/10 | - | 08/25/12 |
| Martinez, Maria | 12/17/11 | - | 08/18/12 |
| Mendoza, Ruben Sanchez | 02/19/11 | - | 07/09/11 |
| Montes, Eva | 04/30/11 | - | 08/25/12 |
| Montiel, Raymundo | 03/17/12 | - | 05/12/12 |
| Nanco, Estrella | 09/04/10 | - | 05/28/11 |
| Nanco, Jorge | 09/04/10 | - | 08/25/12 |
| Olivas, Leopoldo | 02/19/11 | - | 04/30/11 |
| Padilla, Armando | 08/06/11 | - | 03/31/12 |
| Plata, Freddy | 09/04/10 | - | 04/07/12 |
| Ramos, Lorenzo Mejia | 06/04/11 | - | 08/25/12 |
| Rufener, Kyann | 10/09/10 | - | 12/25/10 |
| Sanchez, Maximiliano | 09/10/11 | - | 01/15/11 |
| Sanchez-Cardenas, Nancy | 01/15/11 | - | 02/05/11 |
| Villa, Gustavo | 09/04/10 | - | 05/12/12 |